**Smeltzer, Joshua D. (TAX)**

---

**From:** Jay_Brown@swissre.com
**Sent:** Monday, June 15, 2015 4:07 PM
**To:** Larson, Kari M. (TAX)
**Cc:** Smeltzer, Joshua D. (TAX)
**Subject:** RE: GE v. US- Westport data volumes

Kari,

The first transfer of electronic documents took place on Jan. 23, 2015. The reprocessed "MSG" files and attachments were sent on Feb. 19, 2015.

As for paper file documents, Westport sent a total of 28 bankers boxes for copying by Ricoh on two separate occasions. The first set of seven boxes was picked up by a Ricoh representative on Feb. 4, 2015. To Westport's understanding, those seven boxes represented non-privileged, responsive documents. The remaining 21 boxes were picked up for copying on March 6, 2015. Westport understood that those boxes contained documents that were potentially privileged or required additional review. However, I do not have a page count or document volume because Westport did not receive a scanned set of the documents. For this same reason, Westport does not know the date or dates those documents were made available by Ricoh.

Please let me know if you have other questions.

Regards,
Jay

Jay Brown | Senior Legal Counsel | Senior Vice President | Legal & Compliance
Swiss Re America Holding Corporation | 5200 Metcalf Ave, 66202 Overland Park, USA
Direct: +1 913 676 5297 Mobile: +1 913 244 7989 E-mail: Jay_Brown@swissre.com

http://www.swissre.com

Please consider the environment - do you really need to print this email?

From: "Larson, Kari M. (TAX)" <Kari.M.Larson@usdoj.gov>
To: "Jay_Brown@swissre.com" <Jay_Brown@swissre.com>, "Smeltzer, Joshua D. (TAX)" <Joshua.D.Smeltzer@usdoj.gov>,
Date: 06/15/2015 08:40 AM
Subject: RE: GE v. US- Westport data volumes

---

Jay,
Thank you for letting us know. Approximately when were the two electronic productions provided to GE? And can you also tell us how many documents Ricoh scanned, or a page count, and when GE received these documents?
Best regards,
Kari

**From:** Jay_Brown@swissre.com [mailto:Jay_Brown@swissre.com]



GOVERNMENT EXHIBIT A
PENGAD 800-631-6989

**Sent:** Friday, June 12, 2015 7:00 PM
**To:** Smeltzer, Joshua D. (TAX)
**Cc:** Larson, Kari M. (TAX)
**Subject:** GE v. US- Westport data volumes

Joshua,

Thanks for your phone call and email yesterday.

In its first production, Westport provided 72,474 electronic documents to GE's counsel. That production consisted of the documents I referenced in my original email to you, specifically an estimated 53,600 electronic documents related to historic tax issues and an estimated 19,500 documents related to information provided by Westport or GE during due diligence. After the first production, Westport learned from GE's e-discovery vendor of an issue with the processing of "MSG" files. This issue resulted in attachments not properly extracting and also meant that those attachments were not included in the estimated document count. The "MSG" files were then reprocessed and provided to GE. In total, Westport produced 84,018 documents over the two productions.

As I said yesterday, this number would include duplicate documents and any unreviewable exceptions. Because Westport has not been involved in the review, we do not know the count for those categories. Further, to avoid any confusion, this count does not include the paper files copied by Ricoh.

Please let me know if you have any questions.

Regards,
Jay

Jay Brown | Senior Legal Counsel | Senior Vice President | Legal & Compliance
Swiss Re America Holding Corporation | 5200 Metcalf Ave, 66202 Overland Park, USA
Direct: +1 913 676 5297 Mobile: +1 913 244 7989 E-mail: Jay_Brown@swissre.com

http://www.swissre.com

Please consider the environment - do you really need to print this email?

This e-mail, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.
Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. If you are not the intended recipient, please delete this message and notify the sender.
All incoming and outgoing e-mail messages are stored in the Swiss Re Electronic Message Repository.
If you do not wish the retention of potentially private e-mails by Swiss Re, we strongly advise you not to use the Swiss Re e-mail account for any private, non-business related communications.

This e-mail, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.
Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. If you are not the intended recipient, please delete this message and notify the sender.
All incoming and outgoing e-mail messages are stored in the Swiss Re Electronic Message Repository.
If you do not wish the retention of potentially private e-mails by Swiss Re, we strongly advise you not to use the Swiss Re e-mail account for any private, non-business related communications.