**Smeltzer, Joshua D. (TAX)**

| | |
|---|---|
| **From:** | Verdolini, Mario J. <mario.verdolini@davispolk.com> |
| **Sent:** | Friday, January 23, 2015 7:05 PM |
| **To:** | Smeltzer, Joshua D. (TAX) |
| **Cc:** | Hartt, Grover (TAX); Larson, Kari M. (TAX); Furman, Austin L. (TAX); Jay_Brown@swissre.com; david.curtin@morganlewis.com; Duggan, Charles S.; Rubenstein, Arie; Baratta, Christopher A.; Doherty, Anne |
| **Subject:** | GE v United States |
| **Attachments:** | 2015 01 23 Letter.pdf |

Dear Josh,

Here is a letter describing the Westport documents. I look forward to discussing this with you.

Regards,

Mario

Mario J. Verdolini
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212 450 4969 tel
212 701 5969 fax
mario.verdolini@davispolk.com



GOVERNMENT EXHIBIT C

PENGAD 800-631-6989

**DAVIS POLK & WARDWELL LLP**

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

MARIO J. VERDOLINI
212 450 4969

January 23, 2015

Re: Hard copy documents in custody of Westport Insurance Corporation ("Westport")

Joshua D. Smeltzer
U.S. Department of Justice

Dear Joshua:

The following describes the results of our preliminary review of the documents in Westport's custody that were retrieved as potentially responsive to the United States' subpoena on Westport, dated September 10, 2014.

I. Certain documents from 14 boxes (Nos. 1, 3, 5, 6, 8, 12, 13, 14, 16, 17, 19, 23, 25, and 26) are ready to be produced without further review. In each case, some of the documents from the boxes were removed for further review for a claim of privilege.

A. In the case of boxes 1 and 17, the files to be reviewed for privilege may not be responsive to the subpoena:

| Box Number | Contents | Status | Proposal |
|---|---|---|---|
| 1 | ERC and ERC Life Statutory to GAAP accounting papers, related financial statements and tax workpapers from the years 2000-2002 | To be produced | n/a |

| Box Number | Contents | Status | Proposal |
|---|---|---|---|
| 1 | Sarbanes Oxley compliance workpapers, related tax review workpapers, and various E&Y presentations related to Sarbanes-Oxley compliance and other financial reporting issues | To be reviewed for privilege determination | Treat as non-responsive and no further review |
| 17 | Executed confidentiality agreements in connection with Project Tango | To be produced | n/a |
| 17 | General litigation files in the custody of Katherine Baker, associate general counsel of ERC, related to other litigation matters and transaction documents for unrelated matters, such as a software services agreement | To be reviewed for privilege determination | Treat as non-responsive and no further review |

B. In the case of boxes 8, 12, and 19, the documents that do not require review for privilege may not be responsive to the subpoena:

| Box Number | Contents | Status | Proposal |
|---|---|---|---|
| 8 | Analyses of branch losses; tax department internal presentations from 1999-2001 and 2003-2005; analyses of swap transactions | To be reviewed for privilege determination, and non-privileged documents will be produced | n/a |

| Box Number | Contents | Status | Proposal |
| --- | --- | --- | --- |
| 8 | ERC 1999 PAM statutory basis to book value reports; file analyzing goodwill value; Annual Statements of ERC, CORE, and First Specialty Insurance Corporation ("FSIC") for 1999 and 2000 | To be produced | Treat as non-responsive |
| 12 | ERC Life 2002 tax return workpapers and related communications; 2002 internal communications about annual compliance with U.S. anti-boycott laws by ERC, ERC Life, and ERAC | To be reviewed for privilege determination, and non-privileged documents will be produced | n/a |
| 12 | 2002 Valuation by Bearing Point of ERC's America United Life Reinsurance Business, ERAC financial statements, ERC 2002 Canadian tax return, Frankona Canadian tax returns from 1998-2002 | To be produced | Treat as non-responsive |
| 19 | Project Navy Suit documents; May 2003 Project Orion meeting binder; draft MDOI forms (Forms C & B); draft GE Global 10-K | To be reviewed for privilege determination, and non-privileged documents will be produced | n/a |
| 19 | Traveler's Registration Statement on Form S-1/A dated March 20, 2002; Traveler's prospectus dated May 21, 2002 for 210,000,000 shares; Converium Holdings AG prospectus dated December 10, 2001 for 35,000,000 shares | To be produced | Treat as non-responsive |

II. Six boxes contained documents that we believe are not responsive to the subpoena, but would need to be further reviewed for privilege claims if treated as responsive:

| Box Number | Contents | Status | Proposal |
|---|---|---|---|
| 7 | 1998 and earlier tax return workpapers for ERC, Westport and ERC Life; 1998 Annual Statement for ERC Life | To be further reviewed | Treat as non-responsive |
| 9 | 1997 tax return workpapers for ERC Life, Westport, ERC Canada, Puritan; files from a 1997 ERC Management Conference | To be further reviewed | Treat as non-responsive |
| 10 | 1997 internal communications about annual compliance with U.S. anti-boycott laws; 1997 tax returns for various ERC subsidiaries; ERC 1997 tax return workpapers | To be further reviewed | Treat as non-responsive |
| 11 | 1999 tax returns and workpapers for FSIC, ERC Life, and Westport | To be further reviewed | Treat as non-responsive |
| 15 | ERC 2000 tax return workpapers, lobbying papers, depreciation schedules; ERC Life 2001 tax return workpapers; FSIC 1998 tax return workpapers; ERC 2000 Canadian tax return | To be further reviewed | Treat as non-responsive |
| 24 | 2003-2010 State personal property tax workpapers for ERC, ERC Life, and other entities | To be further reviewed | Treat as non-responsive |

III. All the documents in six boxes (Nos. 2, 4, 18, 20, 21, 22) will need to be further reviewed for privilege.

Sincerely,

Mario / CB

Mario J. Verdolini

cc: Grover Hartt, III
Kari M. Larson
Austin L. Furman
Jay Brown