## Larson, Kari M. (TAX)

**From:** Larson, Kari M. (TAX)
**Sent:** Wednesday, October 22, 2014 1:04 PM
**To:** mario.verdolini@davispolk.com; Duggan, Charles S. (charles.duggan@davispolk.com); Curtin, David (David.Curtin@bingham.com)
**Cc:** Hartt, Grover (TAX); Smeltzer, Joshua D. (TAX); Furman, Austin L. (TAX)
**Subject:** GE v. United States, Scottish Re

Mario,
I spoke with Chuck Hurley yesterday, who is representing Scottish Re in its response to the United States' subpoena. Scottish Re would like a clawback agreement with respect to its subpoena response. Chuck indicated that once an agreement is reached, Scottish Re will permit GE to conduct a privilege review prior to production to the United States. Chuck hoped to send a draft clawback agreement by the end of the week. He indicated that GE's review of Scottish Re's production is limited to privilege questions only, and that whether documents are responsive to the subpoena is strictly a Scottish Re determination. We understand that GE will send someone to the review facility as soon as the documents are available, and that following GE's review, the documents will be produced. If you have questions or concerns, or the above is inconsistent with your understanding, please let us know as soon as possible.
Best regards,
Kari

**Kari M. Larson**
Senior Litigation Counsel
Office of the Assistant Attorney General
U.S. Department of Justice, Tax Division
PO Box 683, Ben Franklin Station
Washington, DC 20044-0683
Direct Dial: 202-616-3822
Fax: 202-307-0054
E-mail: Kari.M.Larson@usdoj.gov

GOVERNMENT EXHIBIT D

PENGAD 800-631-6989