DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

MARIO J. VERDOLINI
212 450 4969

July 24, 2015

Re: *General Electric Company & Subsidiaries v. United States*
No. 14 Civ. 190-JAM (D. Conn.)

The Honorable Jeffrey Alker Meyer
United States District Judge
Richard C. Lee United States Courthouse
141 Church Street
New Haven, CT 06510

Dear Judge Meyer:

I write on behalf of General Electric Co. & Subsidiaries ("GE") to clarify two points in the Court's order dated July 22, 2015 (the "Order"). Neither clarification should affect the reasoning or decision reflected in the Order. I have advised opposing counsel of these points.

First, footnote one of the Order states that there is no suggestion that any of the Westport documents would be subject to a claim of privilege by Westport independent of GE's privilege claim. We understand that Westport will in fact be reviewing a small subset of the documents for potential claims of privilege to be asserted by Westport. Westport furnished its documents in reliance on the Rule 502(d) orders issued by the Court (Dkt. nos. 53-54 and 62-63).

Second, the Order states on page six that each of the 40,000 potentially responsive documents was reviewed "by Davis Polk counsel." The review process conducted by Davis Polk for the Westport documents (as for GE's own documents) included review by discovery attorneys at GE working under the direction and supervision of Davis Polk.

Very truly yours,

Mario J. Verdolini

Mario J. Verdolini

cc: Kari Larson, Esq.