UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY & Subsidiaries, | ) ) ) ) | Case No. 3:14-cv-190-JAM |
| Plaintiff, | ) ) ) | Judge Jeffrey A. Meyer |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**Notice of Withdrawal of United States' Motion to Seal (ECF No. 126)**

The United States hereby withdraws its Motion to Seal certain documents produced by General Electric, and relied on by the United States in its Motion to Compel, because GE has indicated that the documents at issue, despite being labeled "Confidential," may be filed openly on the docket.

The United States filed a motion to compel the production of documents on March 11, 2016 (ECF No. 125). The attachments in support of that motion contained information designated by General Electric Company and Subsidiaries (hereinafter "GE") as Confidential. The Standing Protective Order provides that "If it becomes necessary to file Designated Material with the Court, a party must comply with Local Civil Rule 5 by moving to file the Designated Material under seal." (ECF No. 5)

The United States complied with the Standing Protective Order and on March 11, 2016, filed a Motion to Seal (ECF No. 126) the documents in support of its motion to compel: the memorandum of law, declaration of Andrew A. De Mello, and exhibits thereto. Since that date, GE has reviewed those materials and has agreed not to assert that these materials should be filed under seal. On this basis, the United States withdraws its motion to seal. In conformity with

1

Local Rule Civil 5(e)(3) and 5(e)(4)(b), the United States did not previously file openly on the docket the materials marked as containing confidential information (memorandum of law, declaration of Andrew A. De Mello, and exhibits in support) but will file these documents shortly.

UNITED STATES OF AMERICA,

*/s/ Andrew A. De Mello*
KARI M. LARSON (phv06883)
Senior Litigation Counsel
GABRIELLE G. HIRZ (phv03538)
THOMAS K. VANASKIE (phv07654)
ANDREW A. DE MELLO (phv07551)
EDWARD J. MURPHY (phv07945)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 Fourth Street, NW
Washington, DC 20001
Phone: (202) 616-3822
      (202) 307-2279
      (202) 305-7921
      (202) 307-1372
      (202) 307-6064
Email: Kari.M.Larson@usdoj.gov
      Gabrielle.G.Hirz@usdoj.gov
      Thomas K.Vanaskie@usdoj.gov
      Andrew.A.De.Mello@usdoj.gov
      Edward.J.Murphy@usdoj.gov
JOSHUA D. SMELTZER (phv04557)
MICHAEL A. LYONS (phv07315)
Trial Attorneys
U.S. Department of Justice, Tax Division
717 N. Harwood Street, Suite 400
Dallas, Texas 75201
Phone: (214) 880-9735
      (214) 880-9758
Facsimile: (214) 880-9741
Email: Joshua.D.Smeltzer@usdoj.gov
      Michael.A.Lyons@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing Motion to Compel has been made upon the following by the Court's CM/ECF system on this 18th day of March, 2016:

David J. Curtin at david.curtin@morganlewis.com

Michael C. D'Agostino at michael.dagostino@morganlewis.com

Mario J. Verdolini at mario.verdolini@davispolk.com

Charles S. Duggan at charles.duggan@davispolk.com

                                          */s/ Andrew A. De Mello*
                                          ANDREW A. DE MELLO
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice